IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TODD PHILLIPS                                                                                    PLAINTIFF

V.                              CASE NO. 3:15-cv-00020-JTK

CAROLYN W. COLVIN, *Acting Commissioner,*                        DEFENDANT
Social Security Administration

# JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is considered, ordered, and adjudged that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 10th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE